Jeffrey M. YOUNG–BEY,
Plaintiff–Appellant,

v.

A. LOGSTON, CO II; Sgt. J. Smith; C.M. Campbell, Case Manager; B. Cassidy, Case Mngmt Supv.; Warden Bobby Shearin; State of Maryland; M. Fisher, CO II; M. Emerick, CO II; C. Price, CO II; A. Durst, CO II; Sgt. McKenny; C. Campbell; Keith Arnold; M. Snyder, CO II, Defendants–Appellees,

and

Frank B. Bishop, Security Chief;
Twelve John Does,
Defendants.

No. 12–7182.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2013.

Decided: March 29, 2013.

Jeffrey M. Young–Bey, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Maurice Young–Bey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young–Bey v. Logston,* No. 1:11–cv–00536–JFM, 2012 WL 2402861 (D. Md. June 22, 2012). We also deny Young–Bey's motion to file a supplemental brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*